1 | reasonable time necessary for effective preparation, taking into
2 | account the exercise of due diligence.
3 |     9.    Nothing in this stipulation shall preclude a finding that
4 | other provisions of the Speedy Trial Act dictate that additional time
5 | periods be excluded from the period within which trial must commence.
6 | Moreover, the same provisions and/or other provisions of the Speedy
7 | Trial Act may in the future authorize the exclusion of additional
8 | time periods from the period within which trial must commence.
9 |     IT IS SO STIPULATED.
    Dated: August 5, 2024           Respectfully submitted,

                                    E. MARTIN ESTRADA
                                    United States Attorney

                                    MACK E. JENKINS
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                         /s/
                                    JULIE J. SHEMITZ
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA



    I am EDGAR MARTINEZ-REYES's attorney. I have carefully
discussed every part of this stipulation and the continuance of the
trial date with my client. I have fully informed my client of his
Speedy Trial rights. To my knowledge, my client understands those
rights and agrees to waive them. I believe that my client's decision
to give up the right to be brought to trial earlier than _____
is an informed and voluntary one.

ZAIRA VILLAGOMEZ                                8-24-2024
                                                Date

5

Scanned with CamScanner

```
                    /s/
_____        _____
Attorney for Defendant
EDGAR MARTINEZ-REYES
```

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

```
/s/                                              8-12-24
_____        _____
EDGAR MARTINEZ-REYES                            Date
Defendant
```

**CERTIFICATION OF INTERPRETER**

I, Zaire Villagran, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES on this date.

```
/s/                                              8-12-24
_____        _____
INTERPRETER                                     Date
```

6