1  I am OSCAR EDUARDO MAYORGA'S attorney. I have carefully
2  discussed every part of this stipulation and the continuance of the
3  trial date with my client. I have fully informed my client of his
4  Speedy Trial rights. To my knowledge, my client understands those
5  rights and agrees to waive them. I believe that my client's decision
6  to give up the right to be brought to trial earlier than October 21,
7  2025 is an informed and voluntary one.

8  _____    _8/10/24_____
9  MATTHEW J. LOMBARD                    Date
   Attorney for Defendant
10 OSCAR EDUARDO MAYORGA

11

12  I have read this stipulation and have carefully discussed it
13 with my attorney. I understand my Speedy Trial rights. I voluntarily
14 agree to the continuance of the trial date, and give up my right to
15 be brought to trial earlier than October 21, 2025. I understand that
16 I will be ordered to appear in Courtroom 8C of the Federal
17 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
18 2025 at 8:30 a.m.

19  _____    _08/10/24_____
20  OSCAR EDUARDO MAYORGA                 Date
    Defendant
21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken
24 English and Spanish languages. I accurately translated this entire
25 agreement from English into Spanish to defendant OSCAR EDUARDO
26 MAYORGA on this date.

27

28  _____    _____
    INTERPRETER                           Date

17