1   I am GUILLERMO ZAMBRANO's attorney. I have carefully discussed
2   every part of this stipulation and the continuance of the trial date
3   with my client. I have fully informed my client of his Speedy Trial
4   rights. To my knowledge, my client understands those rights and
5   agrees to waive them. I believe that my client's decision to give up
6   the right to be brought to trial earlier than October 21, 2025, is an
7   informed and voluntary one.

8   _/s/ John Targowski_                         8/9/24
9   JOHN TARGOWSKI                                Date
    Attorney for Defendant
10  GUILLERMO ZAMBRANO

11

12   I have read this stipulation and have carefully discussed it
13  with my attorney. I understand my Speedy Trial rights. I voluntarily
14  agree to the continuance of the trial date, and give up my right to
15  be brought to trial earlier than October 21, 2025. I understand that
16  I will be ordered to appear in Courtroom 8C of the Federal
17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
18  2025 at 8:30 a.m.

19  _Guillermo Ortiz_                              08-09-24
20  GUILLERMO ZAMBRANO                             Date
    Defendant
21

22              **CERTIFICATION OF INTERPRETER**

23   I, _____, am fluent in the written and spoken
24  English and Spanish languages. I accurately translated this entire
25  agreement from English into Spanish to defendant GUILLERMO ZAMBRANO
26  on this date.

27  _Self interpreter_                             _____
28  INTERPRETER                                    Date

                                11