1      I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed, and voluntary one.

8

9  ROBERT BERNSTEIN                8/9/24
    Attorney for Defendant       Date

10  VIDAL LICON-ROBLES

11

12      I have read this stipulation and have carefully discussed it

with my attorney. I understand my Speedy Trial rights.  I voluntarily

13  agree to the continuance of the trial date, and give up my right to

14  be brought to trial earlier than October 21, 2025.  I understand that

15  I will be ordered to appear in Courtroom 8C of the Federal

16  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

17  2025 at 8:30 a.m.

18

19  VIDAL LICON-ROBLES            8/9/24
    Defendant               Date

20

21

22  **CERTIFICATION OF INTERPRETER**

23  I, _____, am fluent in the written and spoken

English and Spanish languages.  I accurately translated this entire

24  agreement from English into Spanish to defendant VIDAL LICON-ROBLES

25  on this date.    N/A

26

27

INTERPRETER                 Date

28

19