1  I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed
2  every part of this stipulation and the continuance of the trial date
3  with my client. I have fully informed my client of his Speedy Trial
4  rights.  To my knowledge, my client understands those rights and
5  agrees to waive them.  I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8  _____   08-07-2024
9  MICHAEL S. CHERNIS                  Date
   Attorney for Defendant
10 JOSE ANTONIO PARDO

11
12  I have read this stipulation and have carefully discussed it
    with my attorney. I understand my Speedy Trial rights.  I voluntarily
13  agree to the continuance of the trial date, and give up my right to
14  be brought to trial earlier than October 21, 2025.  I understand that
15  I will be ordered to appear in Courtroom 8C of the Federal
16  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17  2025 at 8:30 a.m.
18
19  _____   08/07/2024
    Jose pardo (Aug 7, 2024 22:39 PDT)
    JOSE ANTONIO PARDO                  Date
20  Defendant

21
                    **CERTIFICATION OF INTERPRETER**
22
     I, _____, am fluent in the written and spoken
23  English and Spanish languages.  I accurately translated this entire
24  agreement from English into Spanish to defendant JOSE ANTONIO PARDO
25  on this date.
26
27  _____   _____
    INTERPRETER                         Date
28