E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5735
    Facsimile: (213) 894-0142
    Cell:     (213) 500-9369
    E-mail:   julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>EDGAR JOEL MARTINEZ-REYES ET<br>  AL.,<br><br>        Defendants. | No. 2:23-CR-00524(A)-DMG<br><br>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE(S) AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATES:    11/5/24; 3/25/2025**<br>**PROPOSED TRIAL DATE:    5/19/2025** |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Julie J. Shemitz, and defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both individually and by and through his counsel of record, Zaura Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE, both individually and by and through his counsel of record, Victor

Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and through his counsel of record, Robert M. Helfend; PANYU ZHAO, both individually and by and through his counsel of record, Louis J. Shapiro; RAUL CONTRERAS, individually, and by and through his counsel of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by and through his counsel of record, John Targowski; LUIS BELANDRIA-CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both individually and by and through his counsel of record, Michael D. Walsh; JIAYUNG YU, both individually, and by and through his counsel of record, Jonathan Perliss; XIAOLEI YE, both individually, and by and through his counsel of record, Edward M. Robinson; XUANYI MU ("MU"), both individually and by and through his counsel of record, Donald M. Matson; SHOU YANG, individually, and by and through his counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both individually, and by and through his counsel of record,    OSCAR EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-ROBLES"), both individually and by and through his counsel of record, Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA, individually, and by and through his counsel of record, Peter Johnson; JOSE ANTONIO PARDO, individually, and by and through his counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually, and by and through his counsel of record, Kevin Gres, hereby stipulate as follows:

1      1.    On April 4, 2024, a grand jury for the Central District of

2    California returned first superseding indictment as to both United

3    States v. Zhang, et al. and United States v. Martinez-Reyes, et al.

4    Initial appearance and arraignment for defendant CHENGWU HE has been

5    set for August 22, 2024.

6      2.    The Speedy Trial Act, 18 U.S.C. § 3161, requires that the

7    trial commence on or before August 20, 2024.

8      3.    Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL

9    GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this

10   district.

11      4.    All defendants who have appeared in this district have been

12   released on bond pending trial.

13      5.    The parties estimate that the trial in this matter will

14   last approximately three weeks.  All defendants are joined for trial

15   and a severance has not been granted.

16      6.    By this stipulation, the parties move to continue the trial

17   date to and the status conference to October 21, 2025 and the status

18   conference to October 8, 2025.

19      7.    Defendants request the continuance based upon the following

20   facts, which the parties believe demonstrate good cause to support

21   the appropriate findings under the Speedy Trial Act:

22         a.    Counsel for defendants represent that they have

23   various prior obligations and trial conflicts as set out in Exhibit A

24   hereto. Counsel for defendants also represent that additional time is

25   necessary to confer with their defendants, conduct and complete an

26   independent investigation of the case, conduct and complete

27   additional legal research including for potential pre-trial motions,

28

review the discovery and potential evidence in the case, and prepare

for trial in the event that a pretrial resolution does not occur.

Defense counsel represent that failure to grant the continuance would

deny them reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.

        b.    Defendants believe that failure to grant the

continuance will deny them continuity of counsel and adequate

representation.

        c.    The government does not object to the continuance.

        d.    The requested continuance is not based on congestion

of the Court's calendar, lack of diligent preparation on the part of

the attorney for the government or the defense, or failure on the

part of the attorney for the Government to obtain available

witnesses.

    8.    For purposes of computing the date under the Speedy Trial

Act by which defendants' trial must commence, the parties agree that

the time period of January 2, 2024 to October 21, 2025, inclusive,

should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

(h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a

continuance granted by the Court at defendants' request, without

government objection, on the basis of the Court's finding that:

(i) the ends of justice served by the continuance outweigh the best

interest of the public and defendant in a speedy trial; (ii) failure

to grant the continuance would be likely to make a continuation of

the proceeding impossible, or result in a miscarriage of justice; and

(iii) failure to grant the continuance would unreasonably deny

defendant continuity of counsel and would deny defense counsel the

1 | reasonable time necessary for effective preparation, taking into
2 | account the exercise of due diligence.

3 |      9.    Nothing in this stipulation shall preclude a finding that
4 | other provisions of the Speedy Trial Act dictate that additional time
5 | periods be excluded from the period within which trial must commence.
6 | Moreover, the same provisions and/or other provisions of the Speedy
7 | Trial Act may in the future authorize the exclusion of additional
8 | time periods from the period within which trial must commence.

9 |     IT IS SO STIPULATED.

Dated: August 5, 2024               Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

      /s/
JULIE J. SHEMITZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

20 |     I am EDGAR MARTINEZ-REYES's attorney.  I have carefully
21 | discussed every part of this stipulation and the continuance of the
22 | trial date with my client. I have fully informed my client of his
23 | Speedy Trial rights.  To my knowledge, my client understands those
24 | rights and agrees to waive them.  I believe that my client's decision
25 | to give up the right to be brought to trial earlier than _____
26 | is an informed and voluntary one.

27 | 
    ZAIRA VILLAGOMEZ                    Date

28 |

Attorney for Defendant
EDGAR MARTINEZ-REYES

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

EDGAR MARTINEZ-REYES                          Date
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES on this date.

INTERPRETER                                   Date

1    I am SAI ZHANG's attorney. I have carefully discussed every

2  part of this stipulation and the continuance of the trial date with

3  my client. I have fully informed my client of his Speedy Trial

4  rights. To my knowledge, my client understands those rights and

5  agrees to waive them. I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8
   _____          _____
   RUEVEN L. COHEN                       Date
9  YOUNGBIN SON
   Attorneys for Defendant
10 SAI ZHANG

11

12
        This agreement has been read to me in Mandarin, the language I
13
   understand best, and I have carefully discussed every part of it with
14
   my attorney. I understand my Speedy Trial rights. I voluntarily
15
   agree to the continuance of the trial date and give up my right to be
16
   brought to trial earlier than October 21, 2025. I understand that I
17
   will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18
   90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19

20 _____          _____
   SAI ZHANG                             Date
21 Defendant

                        **CERTIFICATION OF INTERPRETER**
22
        I, _____, am fluent in the written and spoken
23
   English and Mandarin languages. I accurately translated this entire
24
   agreement from English into Mandarin to defendant SAI ZHANG on this
25
   date.
26

27 _____          _____
   INTERPRETER                           Date
28
                                     7

1

2   I am BERNARDO MAUBERIS's attorney.  I have carefully discussed

3   every part of this stipulation and the continuance of the trial date

4   with my client. I have fully informed my client of his Speedy Trial

5   rights.  To my knowledge, my client understands those rights and

6   agrees to waive them.  I believe that my client's decision to give up

7   the right to be brought to trial earlier than October 21, 2025, is an

8   informed and voluntary one.

9   _____     _____

10  ROBERT M. HELFEND                     Date
    Attorney for Defendant
    BERNARDO MAUBERIS

11

12

13  I have read this stipulation and have carefully discussed it

14  with my attorney. I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date, and give up my right to

16  be brought to trial earlier than October 21, 2025.  I understand that

17  I will be ordered to appear in Courtroom 8C of the Federal

18  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19  2025 at 8:30 a.m.

20  _____     _____

21  BERNARDO MAUBERIS                     Date
    Defendant

22

23  **CERTIFICATION OF INTERPRETER**

24  I, _____, am fluent in the written and spoken

25  English and Spanish languages.  I accurately translated this entire

26  agreement from English into Spanish to defendant BERNARDO MAUBERIS on

27  this date.

28

```
INTERPRETER                              Date
```

I am PANYU ZHAO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

```
LOUIS J. SHAPIRO                         Date
Attorney for Defendant
PANYU ZHAO
```

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

```
PANYU ZHAO                               Date
Defendant
```

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant PANYU ZHAO on this date.

```
_____        _____
INTERPRETER                             Date
```

    I am RAUL CONTRERAS's attorney.  I have carefully discussed
every part of this stipulation and the continuance of the trial date
with my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025, is an
informed and voluntary one.

```
_____        _____
CHARLES C. BROWN                        Date
Attorney for Defendant
RAUL CONTRERAS
```

    I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

```
_____        _____
RAUL CONTRERAS                          Date
Defendant
```

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken
English and Spanish languages. I accurately translated this entire
agreement from English into Spanish to defendant RAUL CONTRERAS on
this date.

INTERPRETER _____     Date _____

    I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

JOHN TARGOWSKI _____     Date _____
Attorney for Defendant
GUILLERMO ZAMBRANO

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

GUILLERMO ZAMBRANO _____     Date _____
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant GUILLERMO ZAMBRANO on this date.

INTERPRETER _____  Date _____

I am HANG SU's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

MICHAEL D. WALSH _____  Date _____
Attorney for Defendant
HANG SU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

HANG SU _____  Date _____
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant HANG SU on this date.

12

1    I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2 discussed every part of this stipulation and the continuance of the

3 trial date with my client.  I have fully informed my client of his

4 Speedy Trial rights.  To my knowledge, my client understands those

5 rights and agrees to waive them.  I believe that my client's decision

6 to give up the right to be brought to trial earlier than October 21,

7 2025 is an informed and voluntary one.

8 _____    _____
   MATTHEW J. LOMBARD                 Date
9 Attorney for Defendant
   OSCAR EDUARDO MAYORGA

10

11

12    I have read this stipulation and have carefully discussed it

13 with my attorney. I understand my Speedy Trial rights.  I voluntarily

14 agree to the continuance of the trial date, and give up my right to

15 be brought to trial earlier than October 21, 2025.  I understand that

16 I will be ordered to appear in Courtroom 8C of the Federal

17 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18 2025 at 8:30 a.m.

19 _____    _____
   OSCAR EDUARDO MAYORGA              Date
20 Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24 English and Spanish languages.  I accurately translated this entire

25 agreement from English into Spanish to defendant OSCAR EDUARDO

26 MAYORGA on this date.

27 _____    _____
   INTERPRETER                       Date
28
                                18

1          I, _____, am fluent in the written and spoken

2     English and Mandarin languages.  I accurately translated this entire

3     agreement from English into Mandarin to defendant SHOU YANG on this

4     date.

5     _____          _____
       INTERPRETER                                    Date
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

agreement from English into Mandarin to defendant XUANYI MU on this date.

_____        _____
INTERPRETER                             Date


I am SHOU YANG's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____        _____
SHOU YANG                               Date
Attorney for Defendant
ROBERT C. HSU


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____        _____
SHOU YANG                               Date
Defendant


## CERTIFICATION OF INTERPRETER

INTERPRETER _____    Date _____

I am XUANYI MU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

DONALD J. MATSON _____    Date _____
Attorney for Defendant
XUANYI MU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

XUANYI MU _____    Date _____
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire

15

INTERPRETER                                 Date

I am XIAOLEI YE's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

EDWARD M. ROBINSON                          Date
BRIAN ARTHUR ROBINSON
Attorneys for Defendant
XIAOLEI YE

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

XIAOLEI YE                                  Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant XIAOLEI YE on this date.

14

INTERPRETER _____     Date _____

I am JIAYONG YU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

JONATHON PERLISS _____     Date _____
Attorney for Defendant
JIAYONG YU

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

JIAYONG YU _____     Date _____
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

13

1    I am VICTOR RODRIGUEZ-TRUJILLO's attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client.  I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8  _____        _____
   EDVIN S. FLORES                          Date
9  Attorney for Defendant
   VICTOR RODRIGUEZ-TRUJILLO
10

11    I have read this stipulation and have carefully discussed it

12  with my attorney. I understand my Speedy Trial rights.  I voluntarily

13  agree to the continuance of the trial date, and give up my right to

14  be brought to trial earlier than October 21, 2025.  I understand that

15  I will be ordered to appear in Courtroom 8C of the Federal

16  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

17  2025 at 8:30 a.m.

18

19  _____        _____
   VICTOR RODRIGUEZ-TRUJILLO                 Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant VICTOR RODRIGUEZ-

26  TRUJILLO on this date.

27  _____        _____
   INTERPRETER                              Date

28

                                    19

1   I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed

2   every part of this stipulation and the continuance of the trial date

3   with my client. I have fully informed my client of his Speedy Trial

4   rights.  To my knowledge, my client understands those rights and

5   agrees to waive them.  I believe that my client's decision to give up

6   the right to be brought to trial earlier than October 21, 2025 is an

7   informed and voluntary one.

8   _____          _____

9   ROBERT BERNSTEIN                                Date
    Attorney for Defendant
10  VIDAL LICON-ROBLES

11      I have read this stipulation and have carefully discussed it

12  with my attorney. I understand my Speedy Trial rights.  I voluntarily

13  agree to the continuance of the trial date, and give up my right to

14  be brought to trial earlier than October 21, 2025.  I understand that

15  I will be ordered to appear in Courtroom 8C of the Federal

16  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

17  2025 at 8:30 a.m.

18

19  _____          _____
    VIDAL LICON-ROBLES                              Date
20  Defendant

21

22                  **CERTIFICATION OF INTERPRETER**

23      I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant VIDAL LICON-ROBLES

26  on this date.

27  _____          _____
    INTERPRETER                                     Date
28

1    I am LEOPOLDO BERNAL's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8  _____        _____
   ANTHONY M. SOLIS                         Date
9  Attorney for Defendant
   LEOPOLDO BERNAL
10

11

12    I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____        _____
   LEOPOLDO BERNAL                          Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant LEOPOLDO BERNAL on

26  this date.

27  _____        _____
   INTERPRETER                              Date
28

1    I am JULIO ALEXANDER CABRERA's attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client. I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8  _____        _____
   PETER JOHNSON                         Date
9  Attorney for Defendant
   JULIO ALEXANDER CABRERA
10

11

12   I have read this stipulation and have carefully discussed it

   with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
   agree to the continuance of the trial date, and give up my right to
14
   be brought to trial earlier than October 21, 2025.  I understand that
15
   I will be ordered to appear in Courtroom 8C of the Federal
16
   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
   2025 at 8:30 a.m.
18

19  _____        _____
   JULIO ALEXANDER CABRERA               Date
20  Defendant

21

22               **CERTIFICATION OF INTERPRETER**

23   I, _____, am fluent in the written and spoken

   English and Spanish languages.  I accurately translated this entire
24
   agreement from English into Spanish to defendant JULIO ALEXANDER
25
   CABRERA on this date.
26

27  _____        _____
   INTERPRETER                           Date
28

I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____          _____
MICHAEL S. CHERNIS                       Date
Attorney for Defendant
JOSE ANTONIO PARDO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____          _____
JOSE ANTONIO PARDO                       Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant JOSE ANTONIO PARDO on this date.

_____          _____
INTERPRETER                              Date

23

1

2       I am JIANDE ZHOU's attorney.  I have carefully discussed every

3  part of this stipulation and the continuance of the trial date with

4  my client. I have fully informed my client of his Speedy Trial

5  rights.  To my knowledge, my client understands those rights and

6  agrees to waive them.  I believe that my client's decision to give up

7  the right to be brought to trial earlier than October 21, 2025 is an

8  informed and voluntary one.

9  _____       8/9/24

     JIANDE ZHOU                 Date

10  Attorney for Defendant
     KEVIN D. GRES

11

12

13      I have read this stipulation and have carefully discussed it

14  with my attorney. I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date, and give up my right to

16  be brought to trial earlier than October 21, 2025.  I understand that

17  I will be ordered to appear in Courtroom 8C of the Federal

18  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19  2025 at 8:30 a.m.

20  _____       8/9/2024

     JIANDE ZHOU                 Date
     Defendant

21

22

23               **CERTIFICATION OF INTERPRETER**

       I, ___Yanyan Liu___, am fluent in the written and spoken

24

25  English and Mandarin languages. I accurately translated this entire

26  agreement from English into Mandarin to defendant JIANDE ZHOUon this

27  date.

28

_____          08/09/2024
INTERPRETER                       Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28