1  I am SAI ZHANG's attorney.  I have carefully discussed every
2  part of this stipulation and the continuance of the trial date with
3  my client. I have fully informed my client of his Speedy Trial
4  rights.  To my knowledge, my client understands those rights and
5  agrees to waive them.  I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8

_____                         8/7/2024
9  RUEVEN L. COHEN                                        _____
   YOUNGBIN SON                                           Date
10 Attorneys for Defendant
   SAI ZHANG
11

12

13     This agreement has been read to me in Mandarin, the language I
   understand best, and I have carefully discussed every part of it with
14 my attorney.  I understand my Speedy Trial rights.  I voluntarily
15 agree to the continuance of the trial date and give up my right to be
16 brought to trial earlier than October 21, 2025.  I understand that I
17 will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19

_____                         8/7/2024
20 SAI ZHANG                                              _____
21 Defendant                                              Date

22                      **CERTIFICATION OF INTERPRETER**

23     I, ____Yanyan Liu_____, am fluent in the written and spoken
24 English and Mandarin languages.  I accurately translated this entire
25 agreement from English into Mandarin to defendant SAI ZHANG on this
26 date.

27 _____yanyan liu_____                        08/07/2024
   INTERPRETER                                            _____
28                                                         Date

7