BILAL A. ESSAYLI, Acting United States Attorney
JEREMY K. BEECHER (Cal. Bar No. 301272)
Asst. United States Attorney, Transnt'l Org. Crime Section
312 N. Spring St., Ste 1400, Los Angeles, CA 90012
Email: Jeremy.Beecher@usdoj.gov  Tel: (213) 894-5429

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:23-CR-524(A)-DMG |
| v. | |
| EDGAR JOEL MARTINEZ-REYES, ET AL., | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed   [ ] Lodged:  (**List Documents**)

Criminal Pleading; Ex Parte Application For Order Sealing Document; Declaration of Jeremy K. Beecher and [Proposed] Order Sealing Document.

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

October 9, 2025                                    /s/ Jeremy K. Beecher
Date                                               Attorney Name
                                                   United States of America
                                                   Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING