JEREMY K. BEECHER (Cal. Bar No. 301272)
Assistant United States Attorney
Transnational Organized Crime Section
312 N. Spring St., Ste 1400, Los Angeles, CA 90012
Email: Jeremy.Beecher@usdoj.gov  Tel: (213) 894-5429

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF(S) v. EDGAR JOEL MARTINEZ-REYES, ET AL. DEFENDANT(S). | CASE NUMBER: Case No. 2:23-cr-00524-DMG **NOTICE OF MANUAL FILING OR LODGING** |
|---|---|

**PLEASE TAKE NOTICE:**

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  **(List Documents)**

Criminal Document; [Proposed] Order; Government's Ex Parte Application For Order Sealing Documents; Declaration of Jeremy K. Beecher and [Proposed] Order Sealing Documents.

**Reason:**

[✓]  Under Seal
[ ]  In Camera
[ ]  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ]  Per Court order dated: _____
[ ]  Other:

December 12, 2025                         /s/ Jeremy K. Beecher
Date                                      Attorney Name
                                          United States of America
                                          Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING